UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **PINAKINBHAI MEETKUMAR PATEL #A240088522** | **CIVIL ACTION NO.1:25-cv-00448 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MELISSA HARPER ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 6] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because Plaintiff Pinakinbhai Meetkumar Patel ("Patel") is not entitled to release, his Petition [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA**, this the 27th day of May 2025.

_____
**TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE**